# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ARISTA NETWORKS, INC.,<br>     Plaintiff,<br>v.<br>CISCO SYSTEMS INC., et al.,<br>     Defendants. | Case No.  16-cv-00923-BLF<br><br>**ORDER SETTING BRIEFING SCHEDULE ON CISCO'S MOTION FOR RELIEF**<br><br>[Re:  ECF 89] |

Pursuant to Civil L.R. 72-2, the Court sets a briefing schedule and orders Arista to file an opposition of no more than 5 pages **on or before** July 22, 2016.  After reviewing the opposition, the Court will inform the parties whether it will set a hearing on Cisco's motion for relief for August 18, 2016 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: July 15, 2016

_____
BETH LABSON FREEMAN
United States District Judge