SAMANTHA JAMESON, State Bar No. 296411
TENSEGRITY LAW GROUP LLP
555 Twin Dolphin Dr., Ste. 650
Redwood Shores, CA 94065
Telephone: (650) 802-6000
Facsimile: (650) 802-6001
samantha.jameson@tensegritylawgroup.com

Attorneys for Plaintiff
ARISTA NETWORKS, INC.

Attorneys for Non-Party
SANMINA CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| ARISTA NETWORKS, INC., | Case No. 5:16-CV-00923-BLF |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| CISCO SYSTEMS, INC., | |
| Defendant. | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT the following attorney hereby appears in this action as counsel of record for Plaintiff ARISTA NETWORKS, INC. and Non-Party SANMINA CORPORATION and respectfully requests that all pleadings, orders, motions, notices, and other papers in connection with this action henceforth be served on her:

Samantha Jameson
Tensegrity Law Group LLP
555 Twin Dolphin Dr., Ste. 650
Redwood Shores, CA 94065
Telephone: (650) 802-6015
Facsimile: (650) 802-6001
samantha.jameson@tensegritylawgroup.com

1  Dated: October 9, 2017                    Respectfully submitted,

2                                            TENSEGRITY LAW GROUP LLP

3                                            By: /s/ *Samantha Jameson*
                                                    Samantha Jameson

4
                                             Attorneys for Plaintiff
5                                            ARISTA NETWORKS, INC.

6                                            Attorneys for Non-Party
                                             SANMINA CORPORATION
7