# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ARISTA NETWORKS, INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CISCO SYSTEMS, INC.,<br><br>　　　　　Defendant. | Case No. 16-cv-00923-BLF<br><br>**ORDER RE: REDACTION OF ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO DISMISS WITH LEAVE TO AMEND** |

The Court's Order Granting in Part and Denying in Part Cisco Systems, Inc.'s Motion to Dismiss (ECF 151) has been filed under seal because it contains information that the Court previously allowed to be filed under seal due to its highly confidential and business-sensitive nature. The parties are ordered to meet and confer by no later than October 17, 2017 and submit proposed redactions to the Court's order (to the extent any redaction is required), as well as supporting declaration(s) and a proposed order. If no proposed redactions are received by 11:59 p.m. on October 17, 2017, the Court shall unseal the order in its entirety.

**IT IS SO ORDERED.**

Dated: October 10, 2017

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　United States District Judge