# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ARISTA NETWORKS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS INC.,<br><br>    Defendant. | Case No. 16-cv-00923-BLF<br><br>**ORDER UNSEALING ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO DISMISS WITH LEAVE TO AMEND**<br><br>[Re: ECF 151–52] |

Pursuant to the Court's redaction order dated October 10, 2017 (ECF 152), the parties should have submitted proposed redactions to the Court's Order Granting in Part and Denying in Part Cisco Systems, Inc.'s Motion to Dismiss (ECF 151), which has been provisionally filed under seal, by 11:59 p.m. on October 17, 2017 if any redaction was required. The parties have not submitted any proposed redaction as well as supporting declaration(s) and a proposed order to this date.

Accordingly, IT IS HEREBY ORDERED that the Court's Order Granting in Part and Denying in Part Cisco Systems, Inc.'s Motion to Dismiss (ECF 151) shall be unsealed in its entirety.

**IT IS SO ORDERED.**

Dated: October 23, 2017

_____
BETH LABSON FREEMAN
United States District Judge