Matthew D. Powers (SBN 104795)
matthew.powers@tensegritylawgroup.com
William Nelson (SBN 196091)
william.nelson@tensegritylawgroup.com
Robert Gerrity (SBN 268084)
robert.gerrity@tensegritylawgroup.com
Natasha Saputo (SBN 291151)
natasha.saputo@tensegritylawgroup.com
Samantha Jameson (SBN 296411)
samantha.jameson@tensegritylawgroup.com
Jennifer Robinson (SBN 270954)
jen.robinson@tensegritylawgroup.com
TENSEGRITY LAW GROUP, LLP
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065
Telephone: (650) 802-6000
Fax: (650) 802-6001

*Attorneys for Plaintiff*
*Arista Networks, Inc.*

John M. Desmarais (admitted pro hac vice)
jdesmarais@desmaraisllp.com
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Telephone: (212) 351-3400
Facsimile: (212) 351-3401

Sarah E. Piepmeier (SBN 227094)
sarah.piepmeier@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

*Attorneys for Defendant*
*Cisco Systems, Inc.*

[*Additional Counsel Listed in Signature Block*]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ARISTA NETWORKS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>Defendant. | Case No. 5:16-cv-00923-BLF (SVK)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO SHORTEN TIME FOR HEARING ARGUMENT ON THE PARTIES' MOTIONS TO STRIKE (DKT. NOS. 169 AND 186)**<br><br>AS MODIFIED BY COURT |

1  Plaintiff Arista Networks, Inc. and Defendant Cisco Systems, Inc. (the "parties") hereby jointly
2  request that the Court shorten time to hear argument on Cisco's November 14, 2017, Motion to Strike
3  Portions of the Amended Complaint (Dkt. 169) and Arista's December 5, 2017, Motion to Strike Cisco
4  Systems, Inc.'s Affirmative Defenses and For Partial Judgment on the Pleadings (Dkt. 186) and
5  advance the hearing date to January 18th, January 25th, or as soon as is convenient for the Court. Cisco
6  and Arista's motions to strike are currently set for hearing on April 19, 2018, and May 10, 2018,
7  respectively. On December 26, 2017, Arista moved to shorten time to hear its motion to strike so that
8  it could be addressed before the February 2, 2018, exchange of rebuttal expert reports. (*See* Dkt. 193.)
9  Subsequently, the parties agreed that Cisco will not oppose Arista's motion to shorten time in exchange
10 for Arista's agreement that Cisco's motion to strike may be heard at the same time. The Court has
11 previously extended the deadline for the completion of fact-witness depositions (from November 9,
12 2017, to December 1, 2017), the deadline for the exchange of initial expert reports (from December 4,
13 2017, to December 18, 2017), and the deadline for the exchange of rebuttal expert reports (from
14 January 19, 2018, to February 2, 2018), at the parties' request, (*see* Dkt. No. 167), but there have been
15 no other modifications to the Court's March 17, 2017, Case Scheduling Order (Dkt. 109) and no other
16 dates set forth in the Case Scheduling Order would be affected by this modification. Accordingly,
17 subject the approval of the Court, THE PARTIES HEREBY STIPULATE AND AGREE THAT:
18  The hearing date for argument on Cisco's Motion to Strike Portions of the Amended Complaint
19 (Dkt. 169) and Arista's Motion to Strike Cisco Systems, Inc.'s Affirmative Defenses and For Partial
20 Judgment on the Pleadings (Dkt. 186) shall be advanced to January 18th, January 25th, or as soon as is
21 convenient for the Court.

Respectfully submitted,

Dated: January 2, 2018           By:    */s/ Matthew D. Powers /s/*

Matthew D. Powers (SBN 104795)
matthew.powers@tensegritylawgroup.com
William Nelson (SBN 196091)
william.nelson@tensegritylawgroup.com
Robert Gerrity (SBN 268084)
robert.gerrity@tensegritylawgroup.com
Natasha Saputo (SBN 291151)

|   |   |   |
|---|---|---|
|   |   | natasha.saputo@tensegritylawgroup.com |
|   |   | Samantha Jameson (SBN 296411) |
|   |   | samantha.jameson@tensegritylawgroup.com |
|   |   | Jennifer Robinson (SBN 270954) |
|   |   | jen.robinson@tensegritylawgroup.com |
|   |   | TENSEGRITY LAW GROUP, LLP |
|   |   | 555 Twin Dolphin Drive, Suite 650 |
|   |   | Redwood Shores, CA 94065 |
|   |   | Telephone: (650) 802-6000 |
|   |   | Fax: (650) 802-6001 |
|   |   | |
|   |   | *Attorneys for Plaintiff Arista Networks, Inc.* |

Dated: January 2, 2018           By:       */s/ Jeffrey S. Seddon, II  /s/*

John M. Desmarais (*admitted pro hac vice*)
jdesmarais@desmaraisllp.com
Paul A. Bondor (*admitted pro hac vice*)
pbondor@desmaraisllp.com
Alan S. Kellman (*admitted pro hac vice*)
akellman@desmaraisllp.com
Tamir Packin (admitted pro hac vice)
tpackin@desmaraisllp.com
Andrew G. Heinz (admitted pro hac vice)
aheinz@desmaraisllp.com
Jeffrey S. Seddon, II (SBN 297502)
jseddon@desmaraisllp.com
Brian Leary (admitted pro hac vice)
bleary@desmaraisllp.com
William D. Findlay (admitted pro hac vice)
wfindlay@desmaraisllp.com
Tom BenGera (admitted pro hac vice)
tbengera@desmaraisllp.com
Michael R. Rhodes (admitted pro hac vice)
mrhodes@desmaraisllp.com
Carson Olsheski (admitted pro hac vice)
colsheski@desmaraisllp.com
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Telephone: (212) 351-3400
Facsimile: (212) 351-3401

Christopher G. Renner (admitted pro hac vice)
crenner@bsfllp.com
Richard A. Feinstein (admitted pro hac vice)
rfeinstein@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

Sarah E. Piepmeier (SBN 227094)
sarah.piepmeier@kirkland.com

KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

*Attorneys for Defendant Cisco Systems, Inc.*

| | |
|---|---|
| 1 | **<u>ATTORNEY ATTESTATION</u>** |
| 2 | I hereby attest, pursuant to Civil Local Rule 5-1(i)(3), that the concurrence in the filing of |
| 3 | this document has been obtained from the signatory indicated by the "conformed" signature (/s/) of |
| 4 | Matthew D. Powers within this e-filed document. |
| 5 | |
| 6 | */s/ Jeffrey S. Seddon, II /s/* |

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that Cisco's Motion to Strike Portions of the Amended Complaint (Dkt. 169) and Arista's Motion to Strike Cisco Systems, Inc.'s Affirmative Defenses and For Partial Judgment on the Pleadings (Dkt. 186) shall be set for hearing on   January 25  , 2018, at  9:00   am/pm.

Arista's Motion to Shorten Time at ECF 193 is TERMINATED as moot.

DATED:        January 3       , 2018

_____
Hon. Beth Labson Freeman
United States District Judge