# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ARISTA NETWORKS, INC., <br> Plaintiff, <br> v. <br> CISCO SYSTEMS, INC., <br> Defendant. | Case No. 16-cv-00923-BLF <br><br> **NOTICE RE JUDGE'S LAW CLERK ON WORKING ON THIS CASE** |

Cisco Systems, Inc.'s Answer raises an affirmative defense based on alleged infringement of patents asserted in ITC Inv. Nos. 337-TA-944 and 337-TA-945. The Court has become aware that Fish & Richardson P.C. has represented Arista Networks, Inc. in those ITC proceedings. One of the undersigned judge's law clerk was a technology specialist/patent agent (March 2012 ~ July 2014) and a summer associate (May 2016 ~ July 2016) at Fish & Richardson P.C. During those times, the law clerk did not work on any matter involving Arista Networks, Inc. or Cisco Systems, Inc. This is satisfactory to the judge for the law clerk to work on this case. But out of an abundance of caution, this notice invites counsel to advise if they see any problem and to do so by **January 22, 2018**.

  **IT IS SO ORDERED.**

Dated: January 17, 2018

_____
BETH LABSON FREEMAN
United States District Judge