John M. Desmarais (*admitted pro hac vice*)
jdesmarais@desmaraisllp.com
Paul A. Bondor (*admitted pro hac vice*)
pbondor@desmaraisllp.com
Alan S. Kellman (*admitted pro hac vice*)
akellman@desmaraisllp.com
Andrew G. Heinz (*admitted pro hac vice*)
aheinz@desmaraisllp.com
Tamir Packin (SBN 317249)
tpackin@desmaraisllp.com
Jeffrey S. Seddon II (SBN 297502)
jseddon@desmaraisllp.com
Brian Leary (*admitted pro hac vice*)
bleary@desmaraisllp.com
William D. Findlay (*admitted pro hac vice*)
wfindlay@desmaraisllp.com
Carson Olsheski (*admitted pro hac vice*)
colsheski@desmaraisllp.com
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Telephone: (212) 351-3400
Facsimile: (212) 351-3401

Sarah E. Piepmeier (SBN 227094)
sarah.piepmeier@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

*Attorneys for Defendant Cisco Systems, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

ARISTA NETWORKS, INC.,

Plaintiff,

v.

CISCO SYSTEMS, INC.,

Defendant.

Case No. 5:16-cv-00923-BLF (SVK)

**DEFENDANT CISCO SYSTEMS, INC.'S *DAUBERT* MOTION TO EXCLUDE, IN PART, THE EXPERT OPINION OF FIONA SCOTT MORTON, PH.D.**

Date: April 19, 2018
Time: 9:00 am
Judge: Hon. Beth Labson Freeman
Dept.: Courtroom 3

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

## NOTICE OF MOTION

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on April 19, 2018, at 9:00 a.m., or as soon as counsel may be heard by the above-titled Court, located at 280 South 1st Street, San Jose, California, in Courtroom 3, before the Honorable Beth Labson Freeman, Defendant Cisco Systems, Inc. ("Cisco") will and hereby does respectfully move the Court for an Order precluding Fiona Scott Morton, Ph.D., from offering (a) an opinion relating to the existence of an informal industry standard for command line interfaces ("CLI") or whether Cisco CLI is part of an informal industry standard; (b) an opinion on damages based on her forecasting model; and (c) an opinion on apportionment not disclosed in her report. This motion is based on this Notice of Motion, the following arguments and cited authorities, the pleadings and papers on file herein, and any evidence or argument presented to the Court at the hearing.

## STATEMENT OF RELIEF SOUGHT

Cisco seeks an Order from the Court precluding Fiona Scott Morton, Ph.D., from offering (a) an opinion relating to the existence of an informal industry standard for command line interfaces ("CLI") or whether Cisco CLI is part of an informal industry standard; (b) an opinion on damages based on her forecasting model; and (c) an opinion on apportionment not disclosed in her report.

## STATEMENT OF THE ISSUES

Whether the opinions of Fiona Scott Morton, Ph.D. relating to the existence of an informal industry standard for CLI, whether Cisco CLI is part of an informal industry standard, damages based on her forecasting model, and apportionment should be excluded under Federal Rule of Evidence 702 and the standard for admissibility of expert testimony set forth in *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993).

**TABLE OF CONTENTS**

**Page**

INTRODUCTION ........ 1

LEGAL STANDARD ........ 1

ARGUMENT ........ 2

I. Dr. Scott Morton Should Be Precluded From Testifying Regarding Informal Or De Facto Industry Standard CLI. ........ 2

A. Dr. Scott Morton Lacks The Expertise To Identify Industry Standards. ........ 3

B. Dr. Scott Morton Lacks A Reliable Methodology For Identifying Informal Industry Standards Or Determining That Cisco's CLI Is Part Of One. ........ 3

C. Dr. Scott Morton Cannot Show That The Asserted Cisco CLI Commands Were Part Of The So-Called Industry Standard. ........ 5

II. Dr. Scott Morton Should Be Precluded From Testifying Regarding Damages Based On Her Forecasting Approach. ........ 6

A. Dr. Scott Morton Purports To Estimate Damages Based On A "Forecasting Approach" Using A Statistical Model. ........ 6

B. Dr. Scott Morton's Forecasting Approach Cannot Distinguish Between The So-Called Policy Reversal And Other Factors Affecting Arista's Revenues. ........ 6

III. Dr. Scott Morton Should Be Precluded From Offering Unsupported Opinions Not Disclosed In Her Expert Report. ........ 9

# TABLE OF AUTHORITIES

**Page(s)**

## CASES

*Apple, Inc. v. Samsung Elecs. Co.*,
No. 11-cv-1846, 2013 WL 5955666 (N.D. Cal. Nov. 6, 2013) .......... 3

*Asetek Danmark A/S v. CMI USA, Inc.*,
No. 13-cv-457, 2014 WL 6997670 (N.D. Cal. Dec. 9, 2014) .......... 9

*Cabrera v. Cordis Corp.*,
134 F.3d 1418 (9th Cir. 1998) .......... 5

*City of Vernon v. S. Cal. Edison Co.*,
955 F.2d 1361 (9th Cir. 1992) .......... 6, 7, 8, 9

*Daubert v. Merrell Dow Pharm., Inc.*,
509 U.S. 579 (1993) .......... 1, 4, 5

*Daubert v. Merrell Dow Pharms., Inc.*,
43 F.3d 1311 (9th Cir. 1995) .......... 2, 4, 10

*Farley Transp. Co. v. Santa Fe Trail Transp. Co.*,
786 F.2d 1342 (9th Cir. 1985) .......... 6

*Feduniak v. Old Republic Nat'l Title Co.*,
No. 13-cv-2060, 2015 WL 1969369 (N.D. Cal. May 1, 2015) .......... 4

*ILC Peripherals Leasing Corp. v. Int'l Bus. Machines Corp.*,
458 F. Supp. 423 (N.D. Cal. 1978) .......... 7, 8, 9

*Lord Abbett Mun. Income Fund, Inc. v. Asami*,
No. 12-cv-3694, 2014 WL 3417941 (N.D. Cal. July 11, 2014) .......... 4, 10

*Pyramid Techs., Inc. v. Hartford Cas. Ins. Co.*,
752 F.3d 807 (9th Cir. 2014) .......... 10

## RULES

Fed. R. Civ. P. 26 .......... 9

Fed. R. Evid. 702 .......... 1, 2, 3, 10

# INTRODUCTION

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

Respectfully submitted,

Dated: March 1, 2018

DESMARAIS LLP.

By: /s/ Jeffrey S. Seddon, II /s/

John M. Desmarais (*admitted pro hac vice*)
jdesmarais@desmaraisllp.com
Paul A. Bondor (*admitted pro hac vice*)
pbondor@desmaraisllp.com
Alan S. Kellman (*admitted pro hac vice*)
akellman@desmaraisllp.com
Andrew G. Heinz (*admitted pro hac vice*)
aheinz@desmaraisllp.com
Tamir Packin (*admitted pro hac vice*)
tpackin@desmaraisllp.com
Jeffrey S. Seddon II (SBN 297502)
jseddon@desmaraisllp.com
Brian Leary (*admitted pro hac vice*)
bleary@desmaraisllp.com
William D. Findlay (*admitted pro hac vice*)
wfindlay@desmaraisllp.com
Carson Olsheski (*admitted pro hac vice*)
colsheski@desmaraisllp.com
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Telephone: (212) 351-3400
Facsimile: (212) 351-3401

Sarah E. Piepmeier (SBN 227094)
sarah.piepmeier@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

*Attorneys for Defendant Cisco Systems, Inc.*