# EXHIBIT A

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARISTA NETWORKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CISCO SYSTEMS, INC., <br><br> Defendant. | Case No. 5:16-cv-00923-BLF |

**EXPERT REPORT OF JOHN R. BLACK, JR.**

By: _____

John R. Black, Jr.

Dated: December 18, 2017

1.  Arista has engaged me to provide expert testimony to assist the jury on matters related to Arista's allegations of antitrust violations by Cisco. Specifically, Arista has asked me to opine on various matters related to the common use of a Command Line Interface or "CLI" across the networking industry.

2.  I previously provided my opinions and their bases on these topics in a report dated June 3, 2016 served in the copyright infringement lawsuit filed by Cisco against Arista, which I understand is titled *Cisco Systems, Inc. v. Arista Networks, Inc.,* Case No. 5:16-cv-05344 ("Black Report"). The Black Report is attached as Exhibit A to this Report. I also submitted a rebuttal report dated June 17, 2016 in the copyright case ("Black Rebuttal Report"). The Black Rebuttal Report is attached as Exhibit B to this Report. I also testified at the trial in this matter.

3.  For the purposes of this litigation, I hereby adopt the analysis and opinions stated in Sections I, II, III, IV, VI, VII, VIII, and XIII, Appendices A-K, and Exhibits 1-5 of the Black Report. I also adopt the analysis and opinions stated in Section IX of the Black Report, with respect to the derivation of the Cisco CLI from prior legacy systems, industry standards, and well-known industry parlance. For the purposes of this litigation, I also adopt the analysis and opinions stated in Amended Appendices C, D, G, H, J, and K presented in the Black Rebuttal Report.

4.  I am being compensated for my work in this litigation at the rate of $550.00 an hour. My compensation does not depend in any way on the outcome of this litigation. The materials I have considered, as well as my prior testimony, are listed in the Black Report.

5.  At this time, I have not created any exhibits to be used as a summary of, or as support for, my opinions apart from those included with this Report. I reserve the right to create

2

additional summaries, tutorials, demonstratives, charts, drawings, tables, and/or animations to explain and illustrate my opinions if I am asked to testify at trial.

2