Matthew D. Powers (SBN 104795)
matthew.powers@tensegritylawgroup.com
William Nelson (SBN 196091)
william.nelson@tensegritylawgroup.com
Robert Gerrity (SBN 268084)
robert.gerrity@tensegritylawgroup.com
Natasha Saputo (SBN 291151)
natasha.saputo@tensegritylawgroup.com
Samantha Jameson (SBN 296411)
samantha.jameson@tensegritylawgroup.com
Jennifer Robinson (SBN 270954)
jen.robinson@tensegritylawgroup.com
TENSEGRITY LAW GROUP, LLP
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065
Telephone: (650) 802-6000
Fax: (650) 802-6001

*Attorneys for Plaintiff*
*Arista Networks, Inc.*

John M. Desmarais (*admitted pro hac vice*)
jdesmarais@desmaraisllp.com
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Telephone: (212) 351-3400
Facsimile: (212) 351-3401

Sarah E. Piepmeier (SBN 227094)
sarah.piepmeier@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

*Attorneys for Defendant*
*Cisco Systems, Inc.*

[*Additional Counsel Listed in Signature Block*]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

ARISTA NETWORKS, INC.,

Plaintiff,

v.

CISCO SYSTEMS, INC.,

Defendant.

Case No. 5:16-cv-00923-BLF (SVK)

**JOINT STIPULATION AND [PROPOSED] ORDER TO ADVANCE PRETRIAL SCHEDULE TO COMPLY WITH THE COURT'S STANDING ORDER**

Plaintiff Arista Networks, Inc. and Defendant Cisco Systems, Inc. (the "parties") hereby jointly request that the Court advance the below deadlines by 14 days. The Court's December 11, 2017, Order Resetting Final Pretrial Conference Date to June 14, 2018 (Dkt. 188) advanced the June 28, 2018, Pretrial Conference by 14 days. The Court's Standing Order Re Final Pretrial Conference – Jury Trial requires that the parties: (1) meet and confer at least 21 days before the final Pretrial Conference; (2) file a Joint Pretrial Statement and Order at least 14 days before the final Pretrial Conference; (3) file and serve Motions *in Limine* at least 14 days before the final Pretrial Conference; (4) file and serve Oppositions to Motions *in Limine* at least 7 days before the final Pretrial Conference; and (5) file and serve Jury Materials at least 7 days before the final Pretrial Conference—requirements that do not align with dates set forth in the current Scheduling Order (Dkt. 109). Accordingly, the parties have agreed to revise the current schedule to comply with the Court's Standing Order, as set forth below.

| Event | Original Date | Proposed New Date |
|---|---|---|
| Last day to meet and confer before the final Pretrial Conference | June 1, 2018 | May 18, 2018 |
| Joint Pretrial Statement and Order due | June 14, 2018 | May 31, 2018 |
| Motions *in Limine* due | June 14, 2018 | May 31, 2018 |
| Oppositions to Motions *in Limine* due | June 21, 2018 | June 7, 2018 |
| Jury Materials due | June 21, 2018 | June 7, 2018 |

No other deadlines set forth in the Court's March 17, 2017, Case Scheduling Order (Dkt. 109) will be affected by these changes. Accordingly, subject the approval of the Court, THE PARTIES HEREBY STIPULATE AND AGREE THAT:

The last day to meet and confer before the final Pretrial Conference shall be advanced from June 1, 2018, to May 18, 2018; the deadline by which the parties shall file a Joint Pretrial Statement and Order shall be advanced from June 14, 2018, to May 31, 2018; the deadline by which the parties shall file and serve Motions *in Limine* shall be advanced from June 14, 2018, to May 31, 2018; the

deadline by which the parties shall file and serve Oppositions to Motions *in Limine* shall be advanced from June 21, 2018, to June 7, 2018; and the deadline by which the parties shall file and serve Jury Materials shall be advanced from June 21, 2018, to June 7, 2018.

Respectfully submitted,

Dated: March 2, 2018 By: */s/ Robert Gerrity /s/*

Matthew D. Powers (SBN 104795)
matthew.powers@tensegritylawgroup.com
William Nelson (SBN 196091)
william.nelson@tensegritylawgroup.com
Robert Gerrity (SBN 268084)
robert.gerrity@tensegritylawgroup.com
Natasha Saputo (SBN 291151)
natasha.saputo@tensegritylawgroup.com
Samantha Jameson (SBN 296411)
samantha.jameson@tensegritylawgroup.com
Jennifer Robinson (SBN 270954)
jen.robinson@tensegritylawgroup.com
TENSEGRITY LAW GROUP, LLP
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065
Telephone: (650) 802-6000
Fax: (650) 802-6001

*Attorneys for Plaintiff Arista Networks, Inc.*

Dated: March 2, 2018 By: */s/ Jeffrey S. Seddon, II /s/*

John M. Desmarais (*admitted pro hac vice*)
jdesmarais@desmaraisllp.com
Paul A. Bondor (*admitted pro hac vice*)
pbondor@desmaraisllp.com
Alan S. Kellman (*admitted pro hac vice*)
akellman@desmaraisllp.com
Tamir Packin (SBN 317249)
tpackin@desmaraisllp.com
Andrew G. Heinz (*admitted pro hac vice*)
aheinz@desmaraisllp.com
Jeffrey S. Seddon, II (SBN 297502)
jseddon@desmaraisllp.com
Brian Leary (*admitted pro hac vice*)
bleary@desmaraisllp.com
William D. Findlay (*admitted pro hac vice*)
wfindlay@desmaraisllp.com
Tom BenGera (*admitted pro hac vice*)
tbengera@desmaraisllp.com
Michael R. Rhodes (*admitted pro hac vice*)
mrhodes@desmaraisllp.com

Carson Olsheski (*admitted pro hac vice*)
colsheski@desmaraisllp.com
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Telephone: (212) 351-3400
Facsimile: (212) 351-3401

Christopher G. Renner (*admitted pro hac vice*)
crenner@bsfllp.com
Richard A. Feinstein (*admitted pro hac vice*)
rfeinstein@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

Sarah E. Piepmeier (SBN 227094)
sarah.piepmeier@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

*Attorneys for Defendant Cisco Systems, Inc.*

**ATTORNEY ATTESTATION**

I hereby attest, pursuant to Civil Local Rule 5-1(i)(3), that the concurrence in the filing of this document has been obtained from the signatory indicated by the "conformed" signature (/s/) of Robert Gerrity within this e-filed document.

*/s/ Jeffrey S. Seddon, II /s/*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: ____________________, 2018

Hon. Beth Labson Freeman
United States District Judge

John M. Desmarais (*admitted pro hac vice*)
jdesmarais@desmaraisllp.com
Paul A. Bondor (*admitted pro hac vice*)
pbondor@desmaraisllp.com
Alan S. Kellman (*admitted pro hac vice*)
akellman@desmaraisllp.com
Tamir Packin (SBN 317249)
tpackin@desmaraisllp.com
Andrew G. Heinz (*admitted pro hac vice*)
aheinz@desmaraisllp.com
Jeffrey S. Seddon II (SBN 297502)
jseddon@desmaraisllp.com
Brian Leary (*admitted pro hac vice*)
bleary@desmaraisllp.com
William D. Findlay (*admitted pro hac vice*)
wfindlay@desmaraisllp.com
Tom BenGera (*admitted pro hac vice*)
tbengera@desmaraisllp.com
Michael R. Rhodes (*admitted pro hac vice*)
mrhodes@desmaraisllp.com
Carson Olsheski (*admitted pro hac vice*)
colsheski@desmaraisllp.com
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Telephone: (212) 351-3400
Facsimile: (212) 351-3401

Sarah E. Piepmeier (SBN 227094)
sarah.piepmeier@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Christopher G. Renner (*admitted pro hac vice*)
crenner@bsfllp.com
Richard A. Feinstein (*admitted pro hac vice*)
rfeinstein@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

*Attorneys for Defendant Cisco Systems, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

ARISTA NETWORKS, INC.,

Plaintiff,

v.

CISCO SYSTEMS, INC.,

Defendant.

Case No. 5:16-cv-00923-BLF (SVK)

**DECLARATION OF JEFFREY S. SEDDON, II IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER TO ADVANCE PRETRIAL SCHEDULE TO COMPLY WITH THE COURT'S STANDING ORDER**

**DECLARATION OF JEFFREY S. SEDDON, II**

I, Jeffrey S. Seddon, II, declare that:

1. I am an attorney at the law firm Desmarais LLP, counsel for defendant Cisco Systems, Inc. ("Cisco"), in the above captioned matter. I am a member in good standing of the bars of California and New York and am admitted to this Court. I am fully familiar with the facts set forth below and could testify competently thereto if called upon to do so.

2. I make this declaration in support of the parties' Joint Stipulation And [Proposed] Order To Advance Pretrial Schedule To Comply With The Court's Standing Order, pursuant to Civil L.R. 6-2(a) of the Local Rules of Practice in Civil Proceedings before the United States District Court for the Northern District of California.

3. The Pretrial Conference was advanced from June 28, 2018 to June 14, 2018, by Order of the Court on December 11, 2017, (Dkt. 188), which will cause a number of events that were originally scheduled to precede the Pretrial Conference to occur after, on the same day as, or only days before the Pretrial Conference, a schedule that is inconsistent with the Court's Standing Order Re Final Pretrial Conference – Jury Trial. Accordingly, the parties have reached agreement to advance the affected dates in order to comply with the Court's Standing Order, as set forth in the Joint Stipulation.

4. The Court has previously extended the deadlines for the completion of fact-witness depositions and the exchange of initial and rebuttal expert reports, (Dkt. 167), advanced the date of the Pretrial Conference, (Dkt. 188), advanced the hearing date for argument on the parties' motions to strike, (Dkt. 195), and extended the close of expert discovery, (Dkt. 206).

5. No other dates set forth in the Case Scheduling Order, (Dkt. 109), will be affected by this modification.

I declare under penalty of perjury that the foregoing is true and correct. Executed in New York, NY, on March 2, 2018.

*/s/ Jeffrey S. Seddon, II /s/*
Jeffrey S. Seddon, II