| | |
|---|---|
| Matthew D. Powers (SBN 104795)<br>matthew.powers@tensegritylawgroup.com<br>William Nelson (SBN 196091)<br>william.nelson@tensegritylawgroup.com<br>Robert Gerrity (SBN 268084)<br>robert.gerrity@tensegritylawgroup.com<br>Natasha Saputo (SBN 291151)<br>natasha.saputo@tensegritylawgroup.com<br>Samantha Jameson (SBN 296411)<br>samantha.jameson@tensegritylawgroup.com<br>Jennifer Robinson (SBN 270954)<br>jen.robinson@tensegritylawgroup.com<br>TENSEGRITY LAW GROUP, LLP<br>555 Twin Dolphin Drive, Suite 650<br>Redwood Shores, CA 94065<br>Telephone: (650) 802-6000<br>Fax: (650) 802-6001 | John M. Desmarais (*admitted pro hac vice*)<br>jdesmarais@desmaraisllp.com<br>DESMARAIS LLP<br>230 Park Avenue<br>New York, NY 10169<br>Telephone: (212) 351-3400<br>Facsimile: (212) 351-3401<br><br>Sarah E. Piepmeier (SBN 227094)<br>sarah.piepmeier@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 California Street, 27th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500 |
| *Attorneys for Plaintiff*<br>*Arista Networks, Inc.* | *Attorneys for Defendant*<br>*Cisco Systems, Inc.* |

[*Additional Counsel Listed in Signature Block*]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ARISTA NETWORKS, INC.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CISCO SYSTEMS, INC.,<br><br>　　　　　　Defendant. | Case No. 5:16-cv-00923-BLF (SVK)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO ADVANCE PRETRIAL SCHEDULE TO COMPLY WITH THE COURT'S STANDING ORDER** |

Plaintiff Arista Networks, Inc. and Defendant Cisco Systems, Inc. (the "parties") hereby jointly request that the Court advance the below deadlines by 14 days. The Court's December 11, 2017, Order Resetting Final Pretrial Conference Date to June 14, 2018 (Dkt. 188) advanced the June 28, 2018, Pretrial Conference by 14 days. The Court's Standing Order Re Final Pretrial Conference – Jury Trial requires that the parties: (1) meet and confer at least 21 days before the final Pretrial Conference; (2) file a Joint Pretrial Statement and Order at least 14 days before the final Pretrial Conference; (3) file and serve Motions *in Limine* at least 14 days before the final Pretrial Conference; (4) file and serve Oppositions to Motions *in Limine* at least 7 days before the final Pretrial Conference; and (5) file and serve Jury Materials at least 7 days before the final Pretrial Conference—requirements that do not align with dates set forth in the current Scheduling Order (Dkt. 109). Accordingly, the parties have agreed to revise the current schedule to comply with the Court's Standing Order, as set forth below.

| Event | Original Date | Proposed New Date |
|---|---|---|
| Last day to meet and confer before the final Pretrial Conference | June 1, 2018 | May 18, 2018 |
| Joint Pretrial Statement and Order due | June 14, 2018 | May 31, 2018 |
| Motions *in Limine* due | June 14, 2018 | May 31, 2018 |
| Oppositions to Motions *in Limine* due | June 21, 2018 | June 7, 2018 |
| Jury Materials due | June 21, 2018 | June 7, 2018 |

No other deadlines set forth in the Court's March 17, 2017, Case Scheduling Order (Dkt. 109) will be affected by these changes. Accordingly, subject the approval of the Court, THE PARTIES HEREBY STIPULATE AND AGREE THAT:

The last day to meet and confer before the final Pretrial Conference shall be advanced from June 1, 2018, to May 18, 2018; the deadline by which the parties shall file a Joint Pretrial Statement and Order shall be advanced from June 14, 2018, to May 31, 2018; the deadline by which the parties shall file and serve Motions *in Limine* shall be advanced from June 14, 2018, to May 31, 2018; the

1  deadline by which the parties shall file and serve Oppositions to Motions *in Limine* shall be advanced
2  from June 21, 2018, to June 7, 2018; and the deadline by which the parties shall file and serve Jury
3  Materials shall be advanced from June 21, 2018, to June 7, 2018.

Respectfully submitted,

Dated: March 2, 2018   By:   */s/ Robert Gerrity /s/*

Matthew D. Powers (SBN 104795)
matthew.powers@tensegritylawgroup.com
William Nelson (SBN 196091)
william.nelson@tensegritylawgroup.com
Robert Gerrity (SBN 268084)
robert.gerrity@tensegritylawgroup.com
Natasha Saputo (SBN 291151)
natasha.saputo@tensegritylawgroup.com
Samantha Jameson (SBN 296411)
samantha.jameson@tensegritylawgroup.com
Jennifer Robinson (SBN 270954)
jen.robinson@tensegritylawgroup.com
TENSEGRITY LAW GROUP, LLP
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065
Telephone: (650) 802-6000
Fax: (650) 802-6001

*Attorneys for Plaintiff Arista Networks, Inc.*

Dated: March 2, 2018   By:   */s/ Jeffrey S. Seddon, II /s/*

John M. Desmarais (*admitted pro hac vice*)
jdesmarais@desmaraisllp.com
Paul A. Bondor (*admitted pro hac vice*)
pbondor@desmaraisllp.com
Alan S. Kellman (*admitted pro hac vice*)
akellman@desmaraisllp.com
Tamir Packin (SBN 317249)
tpackin@desmaraisllp.com
Andrew G. Heinz (*admitted pro hac vice*)
aheinz@desmaraisllp.com
Jeffrey S. Seddon, II (SBN 297502)
jseddon@desmaraisllp.com
Brian Leary (*admitted pro hac vice*)
bleary@desmaraisllp.com
William D. Findlay (*admitted pro hac vice*)
wfindlay@desmaraisllp.com
Tom BenGera (*admitted pro hac vice*)
tbengera@desmaraisllp.com
Michael R. Rhodes (*admitted pro hac vice*)
mrhodes@desmaraisllp.com

Carson Olsheski (*admitted pro hac vice*)
colsheski@desmaraisllp.com
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Telephone: (212) 351-3400
Facsimile: (212) 351-3401

Christopher G. Renner (*admitted pro hac vice*)
crenner@bsfllp.com
Richard A. Feinstein (*admitted pro hac vice*)
rfeinstein@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

Sarah E. Piepmeier (SBN 227094)
sarah.piepmeier@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

*Attorneys for Defendant Cisco Systems, Inc.*

## ATTORNEY ATTESTATION

I hereby attest, pursuant to Civil Local Rule 5-1(i)(3), that the concurrence in the filing of this document has been obtained from the signatory indicated by the "conformed" signature (/s/) of Robert Gerrity within this e-filed document.

*/s/ Jeffrey S. Seddon, II /s/*

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __March 5__, 2018

_____
Hon. Beth Labson Freeman
United States District Judge