UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARISTA NETWORKS, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>CISCO SYSTEMS INC.,<br><br>        Defendant. | Case No. 16-cv-00923-BLF<br><br>**ORDER RESETTING HEARINGS ON DEFENDANT CISCO SYSTEMS INC.'S *DAUBERT* MOTIONS TO MAY 10, 2018 AT 9:00 A.M.**<br><br>[Re: ECF 209, 217] |

Currently, Defendant Cisco Systems Inc.'s ("Cisco") Motion to Exclude Opinions of Dr. Fiona Scott Morton and Motion to Exclude Opinions of John R. Black, Jr. ("*Daubert* Motions") at ECF 209 and ECF 217 are scheduled to be heard on May 3, 2018.  The Court RESETS the hearings on Cisco's *Daubert* Motions at ECF 209 and ECF 217 to **May 10, 2018 at 9:00 A.M.**

**IT IS SO ORDERED.**

Dated: April 27, 2018

_____
BETH LABSON FREEMAN
United States District Judge