# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ARISTA NETWORKS, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CISCO SYSTEMS INC.,<br><br>　　　　Defendant. | Case No.  16-cv-00923-BLF<br><br>**ORDER STRIKING THE PARTIES' JOINT PROPOSED JURY INSTRUCTIONS; AND REQUIRING PARTIES TO SUBMIT REVISED JOINT PROPOSED JURY INSTRUCTIONS IMMEDIATELY**<br><br>[Re: ECF 321-4] |

The parties filed their Joint Proposed Jury Instructions as Appendix D (ECF 321-4) to their Pretrial Conference Statement. However, the Joint Proposed Jury Instructions are single-spaced and do not comply with the Civil Local Rules. *See* Civ. L.R. 3-4(c)(2). The text must be double-spaced. Accordingly, the parties' Joint Proposed Jury Instructions (ECF 321-4) are hereby STRICKEN. The parties shall immediately file revised Joint Proposed Jury Instructions with double-spaced text and deliver chambers copies.

**IT IS SO ORDERED.**

Dated: June 8, 2018

_____
BETH LABSON FREEMAN
United States District Judge