# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ARISTA NETWORKS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS INC.,<br><br>Defendant. | Case No.  16-cv-00923-BLF<br><br>**ORDER REGARDING THE PARTIES' REQUESTS IN THEIR JOINT PRETRIAL STATEMENT**<br><br>[Re: ECF 298] |

In their Joint Pretrial Statement, the parties submitted several requests to the Court.  First, the parties seek permission to submit digital versions of all exhibits, rather than hard copies, in advance of trial.  Joint Pretrial Statement 16–17, ECF 298.  This request is GRANTED.  As set forth in the Joint Pretrial Statement, to the extent that either party intends to use any exhibit at trial, the party seeking to use the exhibit shall provide two (2) complete copies of the exhibit for use by the Court.  *Id.* at 17.  Such copies will be in three-ring binders with the exhibits separated by tabs denoting the exhibit numbers.  These exhibit binders must be provided prior to the relevant witness' testimony.

Second, the parties seek permission to electronically lodge certain Appendix Materials to their Joint Pretrial Statement.  *Id.*  Specifically, the parties state that they will deliver a USB flash drive containing (i) expert witness CVs and expert reports, (ii) deposition transcripts, and (iii) discovery response excerpts.  *Id.*  This request is GRANTED.  The Court has received two USB flash drives.

**IT IS SO ORDERED.**

Dated: June 11, 2018

_____
BETH LABSON FREEMAN
United States District Judge