# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** June 14, 2018 | **Time:** 1:30 – 4:15<br>**Total Time:** 2 Hrs 45 Mins | **Judge:** BETH LABSON FREEMAN |
|---|---|---|
| **Case No.:** 5:16-cv-00923-BLF | **Case Name:** Arista Networks, Inc. v. Cisco Systems Inc. | |

**Attorney for Plaintiff:** Matthew Powers, William Nelson, Robert Gerrity, Natasha Saputo, Samantha Jameson, David Reichenberg
**Attorney for Defendant:** John Desmarais, Andrew Heinz, Jeffrey Seddon, William Findley

**Deputy Clerk:** Tiffany Salinas-Harwell          **Court Reporter:** Irene Rodriguez

## PROCEEDINGS

- **Jury Panel – 55 Jurors to complete 1 page Hardship/Questionnaire 8/3/2018 at 9:00 a.m.**
    Jurors to be cleared through 8/28/2018
- **Jury Instruction Conference set for 8/3/2018 at 10:00 a.m.**
- **Parties to pick up questionnaires on 8/3/2018 for copying by 12:00 p.m. and return original plus one copy to court by 3:30 p.m.**

- **Voir Dire = 30 Minutes Each Side**
    3 Peremptory Challenges Each Side - 8 Jurors to be Seated
- **Opening Statements = 45 Minutes Each Side**
- **Closing Arguments = 1 ½ Hours Each Side**
- **Trial Limits = 20 Hours Each Side**

- **Modifications to Trial Questionnaire to be modified as stated on the record.**
    Parties to Deliver 65 copies of Final Trial Questionnaire to Courtroom Deputy no later than 2:00 pm on 8/2/2018.

- **Trial Schedule**
    8/03/2018 – Jury Questionnaire/Jury Instruction Conference   9:00 – 5:00
    8/06/2018 – Jury Trial    8:30 – 5:00
    8/07/2018 – Jury Trial   10:00 – 5:00
    8/08/2018 – Jury Trial    8:30 – 5:00
    8/09/2018 – Jury Trial    1:30 – 5:00
    8/10/2018 – Jury Trial    8:30 – 5:00
    8/13/2018 – Jury Trial    8:30 – 5:00
    8/14/2018 – Jury Trial   10:00 – 5:00
    8/15/2018 – Jury Trial    8:30 – 5:00

      8/16/2018 – Jury Trial   1:30 – 5:00
      8/17/2018 – Jury Trial   8:30 – 5:00
      8/20/2018 – Jury Trial   8:30 – 5:00
      8/21/2018 – Jury Trial   8:30 – 5:00
      8/22/2018 – Jury Trial   8:30 – 5:00
      8/27/2018 – Jury Trial   8:30 – 5:00
      8/28/2018 – Jury Trial   8:30 – 5:00

**Bench Trial on UCL Claims will immediately follow jury trial.**

- **Pretrial Motions In Limine**

| 284 | Defendant MOTION in Limine *No. 1* to Exclude Evidence Related to Industry Standard |
|---|---|

| 285 | Defendant MOTION in Limine *No. 2* to Enforce Magistrate Judge Order |
|---|---|

| 286 | Defendant MOTION in Limine *No. 3* to Exclude Untimely Disclosed Evidence |
|---|---|

| 300 | Defendant MOTION in Limine *No. 4* to Exclude Irrelevant Documents |
|---|---|

| 288 | Defendant MOTION in Limine *No. 5* to Exclude Hearsay Concerning Sales |
|---|---|

| 291 | Plaintiff MOTION in Limine *No. 1* to Exclude Evidence Asserted Privileged |
|---|---|

| 292 | Plaintiff MOTION in Limine *No. 2* to Exclude Evidence regarding Copying |
|---|---|

| 293 | Plaintiff MOTION in Limine *No. 3* to Exclude Evidence of Directed Share Program |
|---|---|

| 294 | Plaintiff MOTION in Limine *No. 4* to Preclude Parties from Offering/Eliciting Evidence |
|---|---|

| 295 | Plaintiff MOTION in Limine *No. 5* to Preclude Parties from Offering Opinions |
|---|---|

**Parties present oral arguments - written order to be issued.**

///