# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ARISTA NETWORKS, INC., <br> Plaintiff, <br> v. <br> CISCO SYSTEMS INC., <br> Defendant. | Case No. 16-cv-00923-BLF <br><br> **ORDER RE: REDACTION OF ORDER REGARDING MOTIONS *IN LIMINE*** |

The Court's Order Regarding Motions *In Limine* (ECF 342) has been filed under seal because it contains information that the Court previously allowed to be filed under seal due to its highly confidential and business-sensitive nature. On June 19, 2018, the Court issued an order granting in part, denying in part without prejudice, and deferring in part the parties' administrative motions to seal portions of their briefing and exhibits submitted in connection with the motions *in limine*. Omnibus Order Re Sealing Motions, ECF 340. The Court has allowed the parties to further submit proposed redactions and supporting declaration(s). *Id.* Once the Court rules on the remaining issues identified in the Omnibus Order Re Sealing Motions, the Court will issue a separate order requesting the parties to meet and confer and submit proposed redactions to the Court's Order Regarding Motions *In Limine*.

**IT IS SO ORDERED.**

Dated: June 21, 2018

_____
BETH LABSON FREEMAN
United States District Judge