UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARISTA NETWORKS, INC., <br> Plaintiff, <br> v. <br> CISCO SYSTEMS INC., <br> Defendant. | Case No. 16-cv-00923-BLF <br><br> **ORDER GRANTING PARTIES' REQUEST FOR IN-PERSON HEARING ON JULY 13, 2018 AT 10:00 A.M.** |

The Court has received the parties' briefing on Plaintiff Arista Networks, Inc.'s proffer of evidence regarding apportionment of damages. The parties request the Court to hear argument in-person at the hearing currently set for 10:00 am on July 13, 2018. ECF 347-3, 354-4. The Court GRANTS the parties' request.

**IT IS SO ORDERED.**

Dated: July 9, 2018

_____
BETH LABSON FREEMAN
United States District Judge