# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ARISTA NETWORKS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS INC.,<br><br>Defendant. | Case No. 16-cv-00923-BLF<br><br>**ORDER RE: REDACTION OF ORDER REGARDING PLAINTIFF ARISTA NETWORKS, INC.'S PROFFER OF EVIDENCE ON APPORTIONMENT OF DAMAGES AND DENYING DEFENDANT CISCO SYSTEMS INC.'S REQUEST TO EXCLUDE DR. SCOTT MORTON'S DAMAGES OPINIONS** |

The Court's Order Regarding Plaintiff Arista Networks, Inc.'s Proffer of Evidence on Apportionment of Damages and Denying Defendant Cisco Systems, Inc.'s Request to Exclude Dr. Scott Morton's Damages Opinions (ECF 366) has been filed under seal because it contains information that the Court previously allowed to be filed under seal due to its highly confidential and business-sensitive nature. The parties are ordered to meet and confer by no later than July 30, 2018 and submit proposed redactions to the Court's order (to the extent any redaction is required), as well as supporting declaration(s) and a proposed order. If no proposed redactions are received by **11:59 p.m. on July 30, 2018**, the Court shall unseal the order in its entirety.

**IT IS SO ORDERED.**

Dated: July 20, 2018

_____
BETH LABSON FREEMAN
United States District Judge