1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

9
10
11

ARISTA NETWORKS, INC.,                    )   Case No. 5:16-cv-00923-BLF
                                          )
12                                        )
            Plaintiff,                    )   [PROPOSED] ORDER GRANTING
                                          )   ARISTA'S AND CISCO'S
13                                        )   ADMINISTRATIVE MOTION TO
     v.                                   )   REDACT PORTIONS OF THE COURT'S
14                                        )   ORDER RE MOTIONS *IN LIMINE*; AND
                                          )   ORDER GRANTING PARTIES'
15  CISCO SYSTEMS, INC.                   )   MOTIONS FOR LEAVE TO FILE
                                          )   SUPPLEMENTAL BRIEFING (ECF 342)
16                                        )
            Defendant.                    )
17                                        )   **AS MODIFIED BY COURT**
                                          )
18                                        )
                                          )
19                                        )
                                          )
20 _____ )

21
22
23
24
25
26
27
28

On July 26, 2018, Plaintiff Arista Networks, Inc. ("Arista") and Defendant Cisco Systems, Inc. ("Cisco") filed an Administrative Motion to Redact Portions of the Court's Order Regarding Motions *In Limine*; and Order Granting Parties' Motions for Leave to File Supplemental Briefing (ECF 342) ("Motions *In Limine* Order") pursuant to Civil Local Rules 7-11 and the Court's Order Re: Redaction Of Order Regarding Motions *In Limine* (ECF 364).

The Court has reviewed the administrative motion and the declarations submitted in support thereof (ECF 377, 377-2, 377-3) and finds that the parties have articulated compelling reasons and good cause to seal portions of the Motions *In Limine* Order.  The Court previously sealed information in those portions sought to be redacted.  Accordingly, the Court hereby **GRANTS** the motion.  The following portions shall be redacted:

| Document | Portion to Redact | Result |
|---|---|---|
| Motions *In Limine* Order | The portions at Page 14, Lines 10-11; Page 15, Line 9; Page 17, Lines 16-19; Page 17, line 28; Page 18, Lines 6, 8, 17, 19, and 23; Page 19, lines 5, 9, 17-18, and 20-23; and Page 20, lines 9-10, and 14. | GRANTED. |

The parties shall submit the redacted version of the Motions *In Limine* Order as a separate docket entry **on or before July 31, 2018**.

**IT IS SO ORDERED.**

Dated:  July 27, 2018

The Honorable Beth Labson Freeman
United States District Judge