UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | | |
|---|---|---|
| ARISTA NETWORKS, INC., | ) | Case No. 5:16-cv-00923-BLF |
| Plaintiff, | ) ) | [~~PROPOSED~~] **ORDER GRANTING ARISTA NETWORKS, INC. AND CISCO SYSTEMS, INC.'S ADMINISTRATIVE MOTION TO REDACT PORTIONS OF THE COURT'S ORDER REGARDING PLAINTIFF ARISTA NETWORKS, INC.'S PROFFER OF EVIDENCE ON APPORTIONMENT OF DAMAGES (ECF 366)** |
| v. | ) ) ) | |
| CISCO SYSTEMS, INC. | ) ) | |
| Defendant. | ) ) ) | |
| | ) ) | **AS MODIFIED BY COURT** |

<5>
<6>
<7>
<8>
<9>
<10>
<11>

<12>
<13>
<14>
<15>
<16>
<17>
<18>

<19>
<20>
<21>
<22>
<23>
<24>
<25>
<26>
<27>
<28>
</28>
</27>
</26>
</25>
</24>
</23>
</22>
</21>
</20>
</19>
</18>
</17>
</16>
</15>
</14>
</13>
</12>
</11>
</10>
</9>
</8>
</7>
</6>
</5>

On July 26, 2018, Plaintiff Arista Networks, Inc. ("Arista") and Defendant Cisco Systems, Inc. ("Cisco") filed an Administrative Motion to Redact Portions of the Court's Order Regarding Plaintiff Arista Networks, Inc.'s Proffer of Evidence on Apportionment of Damages (ECF 366) ("Proffer Order") pursuant to Civil Local Rules 7-11 and the Court's Order Re: Redaction Of Order Regarding Plaintiff Arista Networks, Inc.'s Proffer of Evidence on Apportionment of Damages (ECF 367).

The Court has reviewed the administrative motion and the declarations submitted in support thereof (ECF 378, 378-2, 378-3) and finds that the parties have articulated compelling reasons and good cause to seal portions of the Proffer Order. The Court previously sealed information in those portions sought to be redacted. Accordingly, the Court hereby GRANTS the motion. The following portions shall be redacted:

| Document | Portion to Redact | Result |
|---|---|---|
| Proffer Order | The portions at Page 3, Line 24; Page 4, Line 1; Page 6, Line 9; Page 7, lines 6-7 and 7-8; Page 7, Line 12; Page 10, Line 26; Page 11, Lines 2, 3, 5, 13, 19, 23 and 24; Page 12, Lines 21 and 27; Page 13, Lines 1, 2, 3, 5, 7, 12, 14, 23, 24 and 26; Page 14, Lines 7, 25-26. | GRANTED. |

The parties shall submit the redacted version of the Proffer Order as a separate docket entry **on or before July 31, 2018**.

**IT IS SO ORDERED.**

Dated:  July 27, 2018

*[signature]*
The Honorable Beth Labson Freeman
United States District Judge