UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARISTA NETWORKS, INC.,

        Plaintiff,

  v.

CISCO SYSTEMS INC.,

        Defendant.

Case No. 16-cv-00923-BLF (SVK)

**ORDER RE REDACTION OF ORDER REGARDING JULY 20, 2018, JOINT DISCOVERY LETTER DISPUTE**

The Court's Order on the Parties' July 20, 2018, Joint Discovery Letter Dispute has been filed under seal because it contains information that Plaintiff has requested be filed under seal due to its highly confidential and business-sensitive nature. ECF 369. The parties are ordered to meet and confer by no later than August 7, 2018, and submit proposed redactions to the Court's order (to the extent any redaction is required), as well as supporting declaration(s) and a proposed order. If no proposed redactions are received by 11:59 p.m. on August 7, 2018, the Court will unseal the order in its entirety.

**SO ORDERED.**

Dated: July 31, 2018

_____
SUSAN VAN KEULEN
United States Magistrate Judge