UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARISTA NETWORKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CISCO SYSTEMS INC., <br><br> Defendant. | Case No.  16-cv-00923-BLF <br><br> **ORDER SETTING HEARING ON PLAINTIFF'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE ON AUGUST 3, 2018** <br><br> [Re: ECF 397] |

On August 1, 2018, Plaintiff Arista Networks, Inc. ("Arista") filed a motion for relief from nondispositive pretrial order of magistrate judge. ECF 397.  Arista requests that its motion be heard on Friday, August 3, 2018.  *Id.* at 2.  In light of the imminent trial, the Court will hear Arista's motion on **Friday, August 3, 2018 at 10:00 a.m. or soon after** the courtroom is available for oral argument.

**IT IS SO ORDERED.**

Dated:  August 2, 2018

_____
BETH LABSON FREEMAN
United States District Judge