Matthew D. Powers (SBN 104795)
matthew.powers@tensegritylawgroup.com
William Nelson (SBN 196091)
william.nelson@tensegritylawgroup.com
Robert Gerrity (SBN 268084)
robert.gerrity@tensegritylawgroup.com
Natasha Saputo (SBN 291151)
natasha.saputo@tensegritylawgroup.com
Samantha Jameson (SBN 296411)
samantha.jameson@tensegritylawgroup.com
Jennifer Robinson (SBN 270954)
jen.robinson@tensegritylawgroup.com
Daniel M. Radke (SBN 307718)
daniel.radke@tensegritylawgroup.com
TENSEGRITY LAW GROUP, LLP
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065
Telephone: (650) 802-6000
Fax: (650) 802-6001

John M. Desmarais (*admitted pro hac vice*)
jdesmarais@desmaraisllp.com
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Telephone: (212) 351-3400
Facsimile: (212) 351-3401

Sarah E. Piepmeier (SBN 227094)
sarah.piepmeier@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

*Attorneys for Plaintiff*
*Arista Networks, Inc.*

*Attorneys for Defendant*
*Cisco Systems, Inc.*

[*Additional counsel listed in signature block*]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ARISTA NETWORKS, INC., <br><br> Plaintiff, <br> v. <br><br> CISCO SYSTEMS, INC., <br><br> Defendant. | Case No. 5:16-CV-00923-BLF <br><br> **REVISED JOINT PROPOSED JURY INSTRUCTIONS** <br><br><br> Trial Date: August 6, 2018 |

Pursuant to the Court's instruction during the Final Pretrial Conference on June 14, 2018, Plaintiff Arista Networks, Inc. and Defendant Cisco Systems, Inc., submit the following Appendix D - Revised Joint Proposed Jury Instructions, including a stipulated version of Preliminary Jury Instruction No. 50, and Disputed Preliminary Jury Instructions 49 and 49.1.

Dated: August 2, 2018

/s/ Jeffrey S. Seddon

John M. Desmarais (*admitted pro hac vice*)
jdesmarais@desmaraisllp.com
Paul A. Bondor (*admitted pro hac vice*)
pbondor@desmaraisllp.com
Alan S. Kellman (*admitted pro hac vice*)
akellman@desmaraisllp.com
Tamir Packin (SBN 317249)
tpackin@desmaraisllp.com
Andrew G. Heinz (*admitted pro hac vice*)
aheinz@desmaraisllp.com
Jeffrey S. Seddon, II (SBN 297502)
jseddon@desmaraisllp.com
Brian Leary (*admitted pro hac vice*)
bleary@desmaraisllp.com
William D. Findlay (*admitted pro hac vice*)
wfindlay@desmaraisllp.com
Tom BenGera (*admitted pro hac vice*)
tbengera@desmaraisllp.com
Michael R. Rhodes (*admitted pro hac vice*)
mrhodes@desmaraisllp.com
Carson Olsheski (*admitted pro hac vice*)
colsheski@desmaraisllp.com
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Telephone: (212) 351-3400
Facsimile: (212) 351-3401

Christopher G. Renner (*admitted pro hac vice*)
crenner@bsfllp.com
Richard A. Feinstein (*admitted pro hac vice*)
rfeinstein@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

/s/ Matthew D. Powers

MATTHEW D. POWERS (SBN 104795)
WILLIAM NELSON (SBN 196091)
ROBERT GERRITY (SBN 268084)
NATASHA SAPUTO (SBN 291151)
SAMANTHA JAMESON (Bar No. 296411)
JENNIFER ROBINSON (Bar No. 270954)
WANLI CHEN (Bar No. 300254)
DANIEL M. RADKE (Bar No. 307718)
TENSEGRITY LAW GROUP, LLP
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065
Telephone:    (650) 802-6000
Facsimile:    (650) 802-6001
Email:
matthew.powers@tensegritylawgroup.com
william.nelson@tensegritylawgroup.com
robert.gerrity@tensegritylawgroup.com
natasha.saputo@tensegritylawgroup.com
samantha.jameson@tensegritylawgroup.com
jen.robinson@tensegritylawgroup.com
wanli.chen@tensegritylawgroup.com
daniel.radke@tensegritylawgroup.com

DAVID H. REICHENBERG (*Pro Hac Vice*)
COZEN O'CONNOR
277 Park Avenue, 19th Floor
New York, NY 10172
Telephone:  (212) 883-4900
Fax:  (646) 461-2091
Email:
dreichenberg@cozen.com

| | |
|---|---|
| Sarah E. Piepmeier (SBN 227094)<br>sarah.piepmeier@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 California Street, 27th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br><br>*Attorneys for Defendant Cisco Systems, Inc.* | JONATHAN M. JACOBSON (NY SBN 1350495)<br>CHUL PAK (*Pro Hac Vice*)<br>WILSON SONSINI GOODRICH & ROSATI<br>1301 Avenue Of The Americas, 40th Floor<br>New York, NY 10019<br>Telephone: (212) 999-5800<br>Facsimile: (212) 999-5899<br>Email:<br>jjacobson@wsgr.com<br>cpak@wsgr.com<br><br>SUSAN CREIGHTON (SBN 135528)<br>SCOTT A. SHER (SBN 190053)<br>BRADLEY T. TENNIS (SBN 281206)<br>WILSON SONSINI GOODRICH & ROSATI<br>1700 K Street NW, Fifth Floor<br>Washington, D.C., 20006<br>Telephone: (202) 973-8800<br>Facsimile: (202) 973-8899<br>Email:<br>screighton@wsgr.com<br>ssher@wsgr.com<br>btennis@wsgr.com<br><br>ROBERT A. VAN NEST (SBN 84065)<br>BRIAN L. FERRALL (SBN 160847)<br>DAVID J. SILBERT (SBN 173128)<br>NICHOLAS DAVID MARAIS<br>KEKER & VAN NEST LLP<br>633 Battery Street<br>San Francisco, CA 94111<br>Telephone: (415) 391-5400<br>Facsimile: (415) 397-7188<br>Email:<br>rvannest@keker.com<br>bferrall@keker.com<br>dsilbert@keker.com<br>nmarais@keker.com<br><br>Attorneys for Plaintiff<br>ARISTA NETWORKS, INC. |