| | |
|---|---|
| Matthew D. Powers (SBN 104795) | John M. Desmarais (*admitted pro hac vice*) |
| matthew.powers@tensegritylawgroup.com | jdesmarais@desmaraisllp.com |
| William Nelson (SBN 196091) | DESMARAIS LLP |
| william.nelson@tensegritylawgroup.com | 230 Park Avenue |
| Robert Gerrity (SBN 268084) | New York, NY 10169 |
| robert.gerrity@tensegritylawgroup.com | Telephone: (212) 351-3400 |
| Natasha Saputo (SBN 291151) | Facsimile: (212) 351-3401 |
| natasha.saputo@tensegritylawgroup.com | |
| Samantha Jameson (SBN 296411) | Sarah E. Piepmeier (SBN 227094) |
| samantha.jameson@tensegritylawgroup.com | sarah.piepmeier@kirkland.com |
| Jennifer Robinson (SBN 270954) | KIRKLAND & ELLIS LLP |
| jen.robinson@tensegritylawgroup.com | 555 California Street, 27th Floor |
| TENSEGRITY LAW GROUP, LLP | San Francisco, CA 94104 |
| 555 Twin Dolphin Drive, Suite 650 | Telephone: (415) 439-1400 |
| Redwood Shores, CA 94065 | Facsimile: (415) 439-1500 |
| Telephone: (650) 802-6000 | |
| Fax: (650) 802-6001 | |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Arista Networks, Inc.* | *Cisco Systems, Inc.* |

[*Additional Counsel Listed in Signature Block*]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ARISTA NETWORKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CISCO SYSTEMS, INC., <br><br> Defendant. | Case No. 5:16-cv-00923-BLF (SVK) <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO DISMISS WITH PREJUDICE** |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Arista Networks, Inc., ("Arista") and Defendant Cisco Systems, Inc., ("Cisco") hereby stipulate and agree that:

1. All claims by Arista against Cisco in the above-captioned action shall be dismissed with prejudice;

2. Each party will bear its own costs and attorneys' fees with respect to the above-captioned action; and

3. As requested by the Parties and agreed to by the Court on August 6, 2018, the Court shall retain jurisdiction over the above-captioned action, so that, upon joint request of the parties, Magistrate Judge Van Keulen can assist the parties in resolving disputed terms in the expected Definitive Agreement, consistent with the terms and conditions set forth in the Parties' binding Term Sheet.

Respectfully submitted,

Dated: August 24, 2018      By:    /s/ Matthew D. Powers /s/

Matthew D. Powers (SBN 104795)
matthew.powers@tensegritylawgroup.com
William Nelson (SBN 196091)
william.nelson@tensegritylawgroup.com
Robert Gerrity (SBN 268084)
robert.gerrity@tensegritylawgroup.com
Natasha Saputo (SBN 291151)
natasha.saputo@tensegritylawgroup.com
Samantha Jameson (SBN 296411)
samantha.jameson@tensegritylawgroup.com
Jennifer Robinson (SBN 270954)
jen.robinson@tensegritylawgroup.com
TENSEGRITY LAW GROUP, LLP
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065
Telephone: (650) 802-6000
Fax: (650) 802-6001

*Attorneys for Plaintiff Arista Networks, Inc.*

Dated: August 24, 2018      By:    /s/ John M. Desmarais /s/

John M. Desmarais (*admitted pro hac vice*)

| | |
|---|---|
| 1 | jdesmarais@desmaraisllp.com |
| | Paul A. Bondor (*admitted pro hac vice*) |
| 2 | pbondor@desmaraisllp.com |
| | Alan S. Kellman (*admitted pro hac vice*) |
| 3 | akellman@desmaraisllp.com |
| | Tamir Packin (SBN 317249) |
| 4 | tpackin@desmaraisllp.com |
| | Andrew G. Heinz (*admitted pro hac vice*) |
| 5 | aheinz@desmaraisllp.com |
| | Jeffrey S. Seddon, II (SBN 297502) |
| 6 | jseddon@desmaraisllp.com |
| | Brian Leary (*admitted pro hac vice*) |
| 7 | bleary@desmaraisllp.com |
| | William D. Findlay (*admitted pro hac vice*) |
| 8 | wfindlay@desmaraisllp.com |
| | Tom BenGera (*admitted pro hac vice*) |
| 9 | tbengera@desmaraisllp.com |
| | Michael R. Rhodes (*admitted pro hac vice*) |
| 10 | mrhodes@desmaraisllp.com |
| | Carson Olsheski (*admitted pro hac vice*) |
| 11 | colsheski@desmaraisllp.com |
| | Kyle Petrie (*admitted pro hac vice*) |
| 12 | kpetrie@desmaraisllp.com |
| | DESMARAIS LLP |
| 13 | 230 Park Avenue |
| | New York, NY 10169 |
| 14 | Telephone: (212) 351-3400 |
| | Facsimile: (212) 351-3401 |
| 15 | |
| | Christopher G. Renner (*admitted pro hac vice*) |
| 16 | crenner@bsfllp.com |
| | Richard A. Feinstein (*admitted pro hac vice*) |
| 17 | rfeinstein@bsfllp.com |
| | BOIES SCHILLER FLEXNER LLP |
| 18 | 1401 New York Avenue, NW |
| | Washington, DC 20005 |
| 19 | Telephone: (202) 237-2727 |
| | Facsimile: (202) 237-6131 |
| 20 | |
| | Sarah E. Piepmeier (SBN 227094) |
| 21 | sarah.piepmeier@kirkland.com |
| | KIRKLAND & ELLIS LLP |
| 22 | 555 California Street, 27th Floor |
| | San Francisco, CA 94104 |
| 23 | Telephone: (415) 439-1400 |
| | Facsimile: (415) 439-1500 |
| 24 | |
| | *Attorneys for Defendant Cisco Systems, Inc.* |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**ATTORNEY ATTESTATION**

I hereby attest, pursuant to Civil Local Rule 5-1(i)(3), that the concurrence in the filing of this document has been obtained from the signatory indicated by the "conformed" signature (/s/) of Matthew D. Powers within this e-filed document.

*/s/ John M. Desmarais /s/*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____, 2018

_____
Hon. Beth Labson Freeman
United States District Judge